IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IVAN BOYD,

    Plaintiff,

v.

                                            Case No. 17-cv-944-slc

LINDA CORBERT, R. TRACY,
A. DRONE and SANDRA MCARDLE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 12/30/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |